IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Newnan

DEC 07 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MalbKabelia Dougherty
(Print your full name)

Plaintiff *pro se*,

v.

Lacey Kantor:
~~CTS Group~~ Citizens
Property Insurance, 2101
Maryland Circle
Tallahassee, FL. 32302
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**3:23-CV-234**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    _____ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____
_____
_____
_____
_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.    Print your full name and mailing address below:

   Name    Malokahelia Dougherty

   Address 585 Genesee Point

   Newnan, GA 30263

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name    attn: Lacey Kantor, Citizens Property

   Address Insurance, 2101 Maryland Circle

   Tallahassee, FL 32303

   Name

   Address

   Name

   Address

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   Remote, work from home @ 585 Genesee Point Newnan, GA 30263

6. When did the alleged discrimination occur? (State date or time period)

State of GA (Home based work) Remote
7.11.2022

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes    ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 6.14.2023

9. If you are suing for **age discrimination**, check one of the following:

   ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          __✓__ No          _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    _____ working under terms and conditions of employment that differed from similarly situated employees
    _____ harassment
    _____ retaliation
    __✓__ termination of my employment
    __✓__ failure to accommodate my disability
    _____ other (please specify) _increased my workload during the time of my injury; after asking for assistance._

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____
    _____ my religion, which is _____
    _____ my sex (gender), which is   \_\_\_\_ male    \_\_\_\_ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    __✓__ my disability or perceived disability, which is:
    _Fractured wrist / Right hand_

    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(CIS group) (computer is my primary focus) I fractured my right wrist (personal time) may 27, 2022. However, I notified my supervisor and manager of my injury. Since typing is based on 90% of my duty, I was wearing a cast that prohibited me from working @ the same paste. I ask for help (from management/supervision) and did not receive it. I provided documents, text messages, to EEOC/ I have also if needed, that showed the ask for assistance. I received "MORE" work from my citizens manager Shashanna ~~[scribbled]~~ Lidnsey on June 27, 2022. Manager assigned more cases to my file. I could not keep the paste. However, I was told by CIS that citizens (DOES not care about my injury, they just want the work done. Then, I was called back by CIS (Rebecca) and she told me that Lisa Walker & Shashanna Lidnsey decided to let me go. No defined reason of why

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff ____ still works for defendant(s)
    √ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  √ Yes  ____ No

    If you checked "Yes," please explain: I asked management for accommodation and she stated that she could not assist based on her assisting the new staff & other work duties.

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  √ Yes  ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____ Defendant(s) be directed to _____

√ Money damages (list amounts) Salary annual amount @ 3X since my goals were to work 35 years on this project/assignment.

√ Costs and fees involved in litigating this case

√ Such other relief as my be appropriate / punitive damages emotional distress (employment)

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this *December* day of _____7_____, 20 *23*

_M. Dougherty_
(Signature of plaintiff *pro se*)

_MalbKahelia Dougherty_
(Printed name of plaintiff *pro se*)

_585 Genesee Point_
(street address)

_Newnan, GA 30263_
(City, State, and zip code)

_KSDcreativedesigns@gmail.com_
(email address)

_678.360.2871_
(telephone number)